THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
          *v.* ANTONIO VANILLA, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. *Vanilla*, 209 App. Div. 908, affirmed.

(Argued December 7, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 3, 1924, which affirmed a judgment of the Kings County Court, rendered upon a verdict convicting the defendant of the crime of robbery in the first degree as a second offender.

*George Gordon Battle* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MOSES JACOBS, Respondent, *v.* KATE A. JOHNSON et al., as Executors of CHARLES E. JOHNSON, Deceased, Appellants, Impleaded with Others.

*Principal and agent — commissions — action to recover commissions on a sale of real property.*

*Jacobs* v. *Johnson*, 212 App. Div. 587, affirmed.

(Argued December 7, 1925; decided January 12, 1926.)

APPEAL from a judgment, entered May 6, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of defendants appellants' intestate, entered upon an order of the court at a Trial Term granting a motion to set aside a verdict in favor of plaintiff and directing a dismissal of the complaint, and directed a reinstatement of said verdict. The action was brought to recover commissions alleged to have been earned on the sale of a parcel of real estate owned by the defendants' testator, located on the west side of Broadway, extending

from Thirty-fifth to Thirty-sixth streets in the city of New York.

*Frederick Hulse* for appellants.

*Robert Moers, David L. Podell* and *Charles S. Rosenschein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Geisman, Musliner & Brightman, Inc., Respondent, *v.* The Royal Bank of Canada, Appellant, Impleaded with Others.

*Conversion — pledge — action to recover for the alleged conversion of merchandise — defense that defendant was entitled to goods under agreement pledging them as collateral for loans.*

*Geisman, Musliner & Brightman, Inc.,* v. *Royal Bank of Canada,* 213 App. Div. 818, affirmed.

(Argued December 8, 1925; decided January 12, 1926.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for the alleged conversion by defendant, appellant, of four cases of leather which had been delivered by plaintiff at a warehouse for the account of a purchaser and a negotiable warehouse receipt issued to said purchaser to whom also plaintiff delivered an invoice in triplicate. The same warehouse thereafter received for the account of the same purchaser eight other cases and issued to him another receipt. This last receipt he delivered to defendant bank as collateral for a loan and he attached thereto one of the triplicate invoices he had received from plaintiff and an invoice for four cases received from another party. Thereafter, the purchaser not having paid plaintiff for its goods, he agreed to return them and for that purpose delivered the warehouse receipt therefor to plaintiff, who after inspecting the merchandise and finding it intact